PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 13-JUN-2005 FOR: 2000Z00757/001 PAGE: 1 OF 3

DEBTOR: Nix, Brian S.

COURT NUMBER: 01-189 RHK/JMM PRIORITY CODE:

CURRENT LIABILITY BALANCE: $10,780.81

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005 | PMNT | WA | 26-NOV-2001 | OT/G | Bergquist | MN /2/096 | 14552601 | | $56.74 | 21-FEB-2002 |
| 0006 | PMNT | WA | 14-DEC-2001 | OT/G | Bergquist | MN /2/096 | 14790228 | | $183.21 | 21-FEB-2002 |
| 0007 | PMNT | WA | 28-DEC-2001 | OT/G | Bergquist | MN /2/096 | 15007132 | | $182.96 | 21-FEB-2002 |
| 0008 | PMNT | WA | 10-JAN-2002 | OT/G | Bergquist | MN /2/096 | 15204445 | | $185.22 | 21-FEB-2002 |
| 0009 | PMNT | WA | 22-JAN-2002 | OT/G | Bergquist | MN /2/096 | 15381916 | | $183.84 | 21-FEB-2002 |
| 0010 | PMNT | WA | 06-FEB-2002 | OT/G | Bergquist | MN /2/096 | 15620271 | | $214.82 | 21-FEB-2002 |
| 0011 | PMNT | WA | 19-FEB-2002 | OT/G | Bergquist | MN /2/096 | 15797521 | | $213.79 | 21-FEB-2002 |
| 0012 | PMNT | WA | 06-MAR-2002 | OT/G | Bergquist Co. | MN /2/106 | 16042868 | | $219.26 | 06-MAR-2002 |
| 0013 | PMNT | WA | 21-MAR-2002 | OT/G | Bergquist | MN /2/117 | 16251390 | | $221.21 | 21-MAR-2002 |
| 0015 | PMNT | WA | 04-APR-2002 | OT/G | Bergquist Co. | MN /2/127 | 16466306 | | $221.60 | 04-APR-2002 |
| 0016 | PMNT | WA | 17-APR-2002 | OT/G | Bergquist | MN /2/137 | 16668367 | | $219.65 | 17-APR-2002 |
| 0025 | PMNT | WA | 02-MAY-2005 | GR/G | Bergquist Co. | MN /05/135 | 35439372 | | $38.55 | 02-MAY-2005 |
| 0026 | PMNT | WA | 12-MAY-2005 | GR/G | Bergquist Co. | MN /05/144 | 35716474 | | $37.49 | 12-MAY-2005 |
| 0027 | PMNT | WA | 26-MAY-2005 | GR/G | Bergquist Co. | MN /05/153 | 35998277 | | $43.85 | 26-MAY-2005 |
| 0028 | PMNT | WA | 09-JUN-2005 | CH/Y | Bergquist | MN /05/163 | 36282644 | | $50.91 | 09-JUN-2005 |

Total Payments for Debtor: $2,273.10