PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 13-JUN-2005 FOR: 2000Z00757/004 PAGE: 2 OF 3

DEBTOR: Nix, Brian S.
COURT NUMBER: 01-189 RHK/JM
CURRENT LIABILITY BALANCE: $0.00

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | T | 21-FEB-2002 | OT/G | Bergquist | MN /2/096 | 14552601 | | $79.50 | 21-FEB-2002 |

Total Payments for Debtor: $79.50