# CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil No. 01-189 RHK/JMM |
| | ) | |
| BRIAN S. NIX, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on 6/16/05, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Berquist Company
Attn: Payroll Representative
61959 State Hwy. 38
Big Fork, MN 56628

Brian S. Nix
XXX XXXX XXXX
Grand Rapids, MN 55744

s/ Nancy Lair