PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 24-MAR-2006 FOR: 2000Z00757/001 PAGE: 1 OF 2

DEBTOR: Nix, Brian S.

COURT NUMBER: 01-189 RHK/JMM PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005 | PMNT | WA | 26-NOV-2001 | OT/G | Bergquist | MN /2/096 | 14552601 | | $56.74 | 21-FEB-2002 |
| 0006 | PMNT | WA | 14-DEC-2001 | OT/G | Bergquist | MN /2/096 | 14790228 | | $183.21 | 21-FEB-2002 |
| 0007 | PMNT | WA | 28-DEC-2001 | OT/G | Bergquist | MN /2/096 | 15007132 | | $182.96 | 21-FEB-2002 |
| 0008 | PMNT | WA | 10-JAN-2002 | OT/G | Bergquist | MN /2/096 | 15204445 | | $185.22 | 21-FEB-2002 |
| 0009 | PMNT | WA | 22-JAN-2002 | OT/G | Bergquist | MN /2/096 | 15381916 | | $183.84 | 21-FEB-2002 |
| 0010 | PMNT | WA | 06-FEB-2002 | OT/G | Bergquist | MN /2/096 | 15620271 | | $214.82 | 21-FEB-2002 |
| 0011 | PMNT | WA | 19-FEB-2002 | OT/G | Bergquist | MN /2/096 | 15797521 | | $213.79 | 21-FEB-2002 |
| 0012 | PMNT | WA | 06-MAR-2002 | OT/G | Bergquist Co. | MN /2/106 | 16042868 | | $219.26 | 06-MAR-2002 |
| 0013 | PMNT | WA | 21-MAR-2002 | OT/G | Bergquist | MN /2/117 | 16251390 | | $221.21 | 21-MAR-2002 |
| 0015 | PMNT | WA | 04-APR-2002 | OT/G | Bergquist Co. | MN /2/127 | 16466306 | | $221.60 | 04-APR-2002 |
| 0016 | PMNT | WA | 17-APR-2002 | OT/G | Bergquist | MN /2/137 | 16668367 | | $219.65 | 17-APR-2002 |
| 0025 | PMNT | WA | 02-MAY-2005 | GR/G | Bergquist Co. | MN /05/135 | 35439372 | | $38.55 | 02-MAY-2005 |
| 0026 | PMNT | WA | 12-MAY-2005 | GR/G | Bergquist Co. | MN /05/144 | 35716474 | | $37.49 | 12-MAY-2005 |
| 0027 | PMNT | WA | 26-MAY-2005 | GR/G | Bergquist Co. | MN /05/153 | 35998277 | | $43.85 | 26-MAY-2005 |
| 0028 | PMNT | WA | 09-JUN-2005 | CH/Y | Bergquist | MN /05/163 | 36282644 | | $50.91 | 09-JUN-2005 |
| 0029 | PMNT | WA | 23-JUN-2005 | GR/G | Bergquist Co. | MN /05/172 | 36565975 | | $86.03 | 23-JUN-2005 |
| 0030 | PMNT | WA | 05-JUL-2005 | GR/G | Bergquist | MN /05/180 | 36812812 | | $75.44 | 05-JUL-2005 |
| 0031 | PMNT | WA | 21-JUL-2005 | GR/G | BERGQUIST CO | MN /05/192 | 37138035 | | $75.03 | 21-JUL-2005 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 24-MAR-2006 FOR: 2000Z00757/001 PAGE: 2 OF 2

DEBTOR: Nix, Brian S.

COURT NUMBER: 01-189 RHK/JMM PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0032 | PMNT | WA | 04-AUG-2005 | GR/G | BERGQUIST CO | MN /05/203 | 37421422 | | $75.58 | 04-AUG-2005 |
| 0033 | PMNT | WA | 18-AUG-2005 | GR/G | Berquist | MN /05/212 | 37699878 | | $85.15 | 18-AUG-2005 |
| 0034 | PMNT | WA | 01-SEP-2005 | GR/G | Bergquist | MN /05/221 | 37988852 | | $90.34 | 01-SEP-2005 |
| 0035 | PMNT | WA | 16-SEP-2005 | GR/G | BERGQUIST CO | MN /05/232 | 38285425 | | $89.51 | 16-SEP-2005 |
| 0036 | PMNT | WA | 30-SEP-2005 | GR/G | Bergquist | MN /05/242 | 38578995 | | $90.34 | 30-SEP-2005 |
| 0037 | PMNT | WA | 14-OCT-2005 | CH/Y | Nix | MN /06/009 | 588001 | | $115.63 | 14-OCT-2005 |
| 0038 | PMNT | WA | 25-OCT-2005 | GR/G | Bergquist Company | MN /06/017 | 642058 | | $108.19 | 25-OCT-2005 |
| 0039 | PMNT | WA | 10-NOV-2005 | GR/G | Bergquist | MN /06/026 | 702535 | | $102.80 | 10-NOV-2005 |
| 0040 | PMNT | WA | 21-NOV-2005 | GR/G | Bergquist | MN /06/032 | 762706 | | $135.78 | 21-NOV-2005 |
| 0041 | PMNT | WA | 06-DEC-2005 | GR/G | Bergquist Company | MN /06/044 | 822536 | | $220.13 | 06-DEC-2005 |
| 0042 | PMNT | WA | 20-DEC-2005 | GR/G | Bergquist | MN /06/053 | 881090 | | $199.14 | 20-DEC-2005 |
| 0043 | PMNT | WA | 03-JAN-2006 | GR/G | BERGQUIST CO | MN /06/062 | 939699 | | $190.58 | 03-JAN-2006 |
| 0044 | PMNT | WA | 19-JAN-2006 | GR/G | BERGQUIST CO | MN /06/075 | 8452 | | $131.08 | 19-JAN-2006 |
| 0045 | PMNT | WA | 31-JAN-2006 | GR/G | CERIDIAN EMP SVC | MN /06/082 | 67468 | | $124.10 | 31-JAN-2006 |
| 0046 | PMNT | WA | 14-FEB-2006 | GR/G | BERGQUIST CO | MN /06/093 | 127321 | | $129.82 | 14-FEB-2006 |
| 0047 | PMNT | WA | 28-FEB-2006 | GR/G | BERGQUIST COMPANY | MN /06/103 | 186513 | | $124.50 | 28-FEB-2006 |
| 0048 | PMNT | WA | 17-MAR-2006 | GR/G | Bergquist | MN /06/116 | 245878 | | $106.74 | 17-MAR-2006 |
| 0049 | PMNT | WA | 23-MAR-2006 | CH/Y | Brian | MN /06/120 | 42537 | | $6,550.00 | 23-MAR-2006 |

Total Payments for Debtor: $11,179.01